IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JERRY STONE, personal representative for the ESTATE OF MARIKA JEANNE STONE,<br><br>        Plaintiff,<br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Civ. No. 6:20-cv-02270-AA<br><br>**ORDER** |

AIKEN, District Judge.

      Plaintiff has voluntarily dismissed this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 13. This case is DISMISSED and all other pending motions are therefore MOOT. Final judgment shall be entered accordingly.

      It is so ORDERED and DATED this <u>13th</u> day of April 2021.

                                                 /s/Ann Aiken<br>
                                               ANN AIKEN<br>
                                               United States District Judge